ACCEPTED
04-15-00049-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/3/2015 1:06:03 PM
KEITH HOTTLE
CLERK

NO. 04-15-00049-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/3/2015 1:06:03 PM
KEITH E. HOTTLE
Clerk

MORNINGSIDE MINISTRIES, D/B/A MORNINGSIDE MINISTRIES AT THE MANOR
AND THE MORNINGSIDE MINISTRIES FOUNDATION, INC.,
*Appellants*

vs.

ROSA LEE RODRIGUEZ, AS NEXT FRIEND OF FLORA MENDEZ,
*Appellee*

*On Appeal from the 166th Judicial District Court
Bexar County, Texas
The Hon. Laura Salinas, Presiding*

**AGREED MOTION TO ABATE APPEAL
TO FINALIZE SETTLEMENT**

TO THE HONORABLE JUSTICES OF THE COURT:

Appellants Morningside Ministries d/b/a Morningside Ministries at the Manor and The Morningside Ministries Foundation, Inc., and Appellee Rosa Lee Rodriguez, as next friend of Flora Mendez, respectfully file this agreed motion requesting that this appeal be immediately abated for 30

days in order to the parties to finalize their settlement agreement. As good cause, the parties would show the following:

## I.

On November 3, 2015, the parties agreed to settle the case underlying this appeal. One of the conditions of that settlement is that no opinion be issued in this appeal.

## II.

This appeal has been fully briefed and was submitted without oral argument on September 30, 2015. In order that they may finalize the settlement agreement, the parties request that this appeal be immediately abated for 30 days.

WHEREFORE, Appellants Morningside Ministries d/b/a Morningside Ministries at the Manor and The Morningside Ministries Foundation, Inc., and Appellee Rosa Lee Rodriguez, as next friend of Flora Mendez, pray that this motion be granted and that the appeal be immediately abated for 30 days to permit the parties to finalize their settlement agreement.

Respectfully submitted,

HOUSTON DUNN, PLLC
Nissa M. Dunn
State Bar No. 14766450
4040 Broadway, Suite 440
San Antonio, Texas  78209
(210) 775-0880 – Telephone
(210) 826-0075 – Fax
nissa@hdappeals.com

By:  /s/ Nissa M. Dunn
Nissa M. Dunn
ATTORNEYS FOR APPELLANTS

LAW OFFICE OF BETH WATKINS
Beth Watkins
State Bar No. 24037675
926 Chulie Drive
San Antonio, Texas 78216
(210) 225-6666 – Telephone
(210) 225-2300 – Fax
Beth.Watkins@WatkinsAppeals.com

By:  /s/ Beth Watkins
Beth Watkins
ATTORNEYS FOR APPELLEE

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on November 3, 2015 electronically and/or by e-mail to:

Harold J. Lotz, Jr.
Alexis A. Scott
1210 Nacogdoches Road
San Antonio, Texas 78209-3338
(210) 212-4100 – Telephone
(210) 212-5700 – Telecopier
hlotz@lotzandassociates.com
ascott@lotzandassociates.com

ATTORNEYS FOR APPELLANTS

J. Thomas Rhodes, III
Tom Rhodes Law Firm, P.C.
126 Villita Street
San Antonio, Texas 78205
trhodes@tomthodeslaw.com

Thomas J. Henry
Curtis W. Fitzgerald, II
The Law Office of Thomas J. Henry
521 Starr Street
Corpus Christi, Texas 78410
thenry@thomasjhenrylaw.com
cfitzgerald@thomasjhenrylaw.com

ATTORNEYS FOR APPELLEE

J. Gregory Myers
Andrew Taleghany
Myers Doyle
7676 Woodway, Suite 350
Houston, Texas 77063
gmyers@myersdoyle.com
ataleghany@myersdoyle.com

ATTORNEYS FOR DEFENDANT
QUINTIN BERRY

*/s/  Nissa M. Dunn*
Nissa M. Dunn